ATTORNEY(S) : Kasell Law Firm
INDEX # : 26-cv-02961-KAM-ARL
PURCHASED/FILED : May 19, 2026
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.


P26974155

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Gina R Gagliardi

Plaintiff(s)

against

Port Jeff Chrysler Jeep Inc.

Defendant(s)

| STATE OF NEW YORK ) | DESCRIPTION OF PERSON SERVED: | | Approx. Age: | 30 Yrs |
|---|---|---|---|---|
| COUNTY OF ALBANY }SS | | | | |
| CITY OF ALBANY ) | Weight: 190 Lbs  Height: 6'0"  Gender: Male | | Race: | White |

Hair color: Brown    Other: _____

**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on ___**May 26, 2026**___ , at ___**3:10 PM**___ , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS & COMPLAINT JURY TRIAL DEMANDED**

on

**Port Jeff Chrysler Jeep Inc.**

the Defendant in this action, by delivering to and leaving with _____**Bryan Millner**_____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this _____**MAY 26, 2026**_____ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

Invoice·Work Order # 2621561
Attorney File # **26974155**