UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GINA R. GAGLIARDI,

                        Plaintiff(s),

                                         Case No.: 26-cv-02961

      -against-

PORT JEFF CHRYSLER JEEP INC.,

                    Defendant(s).

-------------------------------------------------------------------X

## CERTIFICATE OF DEFAULT

I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for

the Eastern District of New York, do hereby certify that the Defendant has failed to

Respond to or Answer the Complaint, or otherwise appear in this action. A certificate of

default is hereby entered against the named defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated:_____July 1_____, 2026
      ___Brooklyn___, NY

                             BRENNA B. MAHONEY
                               Clerk of Court

                             *J. Poveda*
                             Deputy Clerk