UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

GINA R. GAGLIARDI,

                           Plaintiff(s),

                                                  Case No.: **26-cv-02961**

   -against-

PORT JEFF CHRYSLER JEEP INC.,

                    Defendant(s).
-------------------------------------------------------------------------X

       I, David M. Kasell, Esq., affirm under penalty of perjury as follows:

1. I am the attorney for Plaintiff in this action and am fully familiar with the facts and proceedings herein.

2. Defendant was duly served with the Summons and Complaint by personally serving Bryan Milner, AUTHORIZED AGENT in the office of the New York Secretary of State, and proof of service was filed on 05/26/2026 See  Dkt. #7.

3. On application, the Clerk of Court issued a Certificate of Default. A copy of the certificate of default is attached as Exhibit "A".

4. Defendant is not an infant, incompetent person, or member of the armed services.

5. The allegations of the Complaint establish Defendant's liability under federal and state law.

6. Plaintiff has sustained damages as a result of Defendant's conduct as substantiated in the affidavit of Gina R. Gagliardi, attached as Exhibit "B".

7. Plaintiff seeks rescission, actual damages, treble damages where applicable, punitive damages, attorneys' fees, and costs as requested in the attached proposed judgment.

8. Plaintiff incurred $8,325 in attorney fees as shown by my firm's bill, which is attached as Exhibit "C".

WHEREFORE, Plaintiff respectfully requests that the Court enter default judgment against Defendant as detailed in Plaintiff's proposed order, for attorneys' fees, and grant such other and further relief as the Court deems just and proper.


Dated: July 16, 2026

___/s/_____
David M. Kasell, Esq.