# Kasell Law Firm

# INVOICE

1038 Jackson Avenue, Suite 4
Long Island City, NY 11101

Invoice # 557
Date: 07/16/2026
Due Upon Receipt

Gina Gagliardi
31 Essex Drive
Coram, NY 11727

## Gagliardi. Port Jeff Chrysler Jeep.

## Gagliardi. Port Jeff Chrysler Jeep.

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/06/2026 | Conference with potential client. Review client documents. Follow up phone call with client regarding MV 50 and bill of sale. Both indicate that this was a new car even though the RISC shows it was a demonstrator. Conference with PNC regarding how we would shoot the action against the dealership and what costs might be. | 2.10 | $600.00 | $1,260.00 |
| Service | 05/14/2026 | Draft TILA complaint based on dealerships sale of vehicle as new when MV 50, and bill of sale have new checked, but in fact, vehicle was used as a demo and sold with more than 2000 miles; send draft complaint to client for review; go over client comments and make changes as appropriate. | 1.90 | $600.00 | $1,140.00 |
| Service | 05/18/2026 | File complaint in federal court. Complete proposed summons and civil cover sheet. | 0.40 | $600.00 | $240.00 |
| Service | 06/22/2026 | Prepare and file proposed clerk's certificate of default, request for default, affirmation in support of request for default. | 0.70 | $600.00 | $420.00 |
| Service | 07/01/2026 | Review email from federal court with clerk's default certificate. Inform client about granting of clerk's default. Discussed next steps in obtaining a judgment, including measures of damages. | 0.60 | $600.00 | $360.00 |
| Service | 07/13/2026 | Begin preparing memo of law in support of default judgment; initial research on recession | 2.60 | $600.00 | $1,560.00 |
| Service | 07/15/2026 | Separate memo sections for causes of action and remedies complete sections on TILA, 349, and 350. | 3.10 | $600.00 | $1,860.00 |

| Service | 07/16/2026 | Prepare client affidavit and proposed judgment, make revisions to client affirmation after discussing with client; prepare attorney affirmation. | 1.80 | $600.00 | $1,080.00 |
|---------|------------|---|------|---------|-----------|
| | | | **Services Subtotal** | | **$7,920.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Expense | 05/18/2026 | Purchase index number in Eastern District | 1.00 | $405.00 | $405.00 |
| | | | **Expenses Subtotal** | | **$405.00** |
| | | | | **Subtotal** | **$8,325.00** |
| | | | | **Total** | **$8,325.00** |

Please make all amounts payable to: Kasell Law Firm

Payment is due upon receipt.