UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GINA R. GAGLIARDI,

        *Plaintiff,*

2:26-cv-02961 (KAM) (ARL)

    – against –

PORT JEFF CHRYSLER JEEP INC.,

        *Defendant.*

-------------------------------------------------------------------X

## NOTICE OF MOTION
## FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, upon the annexed Declaration of David M. Kasell, Esq., dated July 17, 2026, and Exhibits 1 through 6 thereto, including the Affidavit of Gina R. Gagliardi, sworn to July 16, 2026, and its exhibits (Exhibits A-D); the accompanying Memorandum of Law; and all prior pleadings and proceedings herein, Plaintiff Gina R. Gagliardi, by her attorney, Kasell Law Firm, will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 6B South, at a date and time to be set by the Court, for an order and judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2:

a.     entering a default judgment against Defendant Port Jeff Chrysler Jeep Inc. on each cause of action of the Complaint—violation of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, and Regulation Z; violation of New York General Business

1

Law § 349; violation of New York General Business Law § 350; and common-law fraud;

b.      rescinding the transaction by which Defendant sold Plaintiff a 2025 Jeep Grand Cherokee, VIN 1C4RJHAG7SC326314, including the Retail Installment Sale Contract dated February 28, 2026, and awarding Plaintiff restitution of all amounts paid in connection with the transaction, restoring Plaintiff to the status quo ante;

c.      awarding Plaintiff actual damages of $14,724.55, to the extent not duplicative of the restitution awarded upon rescission;

d.      awarding Plaintiff statutory damages of $2,000.00 under the Truth in Lending Act, 15 U.S.C. § 1640(a);

e.      awarding Plaintiff additional statutory damages under New York General Business Law §§ 349(h) and 350-e(3) for Defendant's willful and knowing violations;

f.      awarding Plaintiff attorney's fees of $7,920.00 and costs of $405.00 pursuant to 15 U.S.C. § 1640(a)(3) and New York General Business Law §§ 349(h) and 350-e(3);

g.      awarding Plaintiff pre-judgment interest and post-judgment interest as permitted by law; and

h.      granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of the Honorable Kiyo A. Matsumoto dated July 17, 2026, the following briefing schedule

shall govern this motion: Defendant shall file any cross-motion and its opposition to this motion by Friday, July 24, 2026; Plaintiff shall file any opposition to Defendant's cross-motion and its reply to Defendant's opposition papers by Wednesday, July 29, 2026; and Defendant shall file any reply to Plaintiff's opposition papers by Monday, August 3, 2026.

Dated: July 17, 2026
        Long Island City, New York

**Kasell Law Firm**

By: /s/ *David M. Kasell*
David M. Kasell
*Attorney for Plaintiff Gina R. Gagliardi*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: david@kaselllawfirm.com