**ATTORNEY(S) :** Kasell Law Firm
**INDEX # :** 26-cv-02961-KAM-ARL
**PURCHASED/FILED :** May 19, 2026
**STATE OF :** NEW YORK
**COURT :** U.S. District
**COUNTY/DISTRICT :** Eastern Dist.



P26974155

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Gina R Gagliardi

Plaintiff(s)

against

Port Jeff Chrysler Jeep Inc.

Defendant(s)

| STATE OF NEW YORK ) | |
|---|---|
| COUNTY OF ALBANY ) SS | |
| CITY OF ALBANY ) | |

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 30 Yrs

Weight: 190 Lbs   Height:   6'0"   Gender: Male   Race: White

Hair color: Brown   Other: _____

**Robert Guyette** _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **May 26, 2026** , at **3:10 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS & COMPLAINT JURY TRIAL DEMANDED**

on

**Port Jeff Chrysler Jeep Inc.**

,

the Defendant in this action, by delivering to and leaving with    **Bryan Millner**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of    **$40**    dollars; That said service

was made pursuant to Section  **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this ___ **MAY 26, 2026** ___ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

**Invoice·Work Order #** 2621561
Attorney File # **26974155**