# Kasell Law Firm

July 17, 2026

*via CM/ECF*

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re: Gagliardi v. Port Jefferson Chrysler Jeep Inc., 26 Civ. 02961**

Judge Matsumoto:

  I write to advise the Court that I inadvertently loaded the wrong files yesterday when I filed Plaintiff's Motion for Default Judgment on July 17, 2026 (ECF No. 15). I have been working today to correct this error and have prepared revised motion papers with proper exhibit numbering and formatting. The corrected papers were just filed on CM/ECF.

  I am also in receipt of the Court's Scheduling Order issued just before I filed, which establishes the following briefing schedule: Defendant's opposition and any cross-motion due Friday, July 24, 2026; Plaintiff's reply due Wednesday, July 29, 2026; and Defendant's reply due Monday, August 3, 2026.

  Out of an abundance of caution and to ensure that Defendant is not prejudiced by my error, Plaintiff proposes (and consents to) an extension of Defendant's opposition deadline to Monday, July 27, 2026 (which is one business day). I will continue to file Plaintiff's reply brief on Wednesday, July 29, 2026, so as to keep the remainder of the briefing schedule on track. I hope in this manner to alleviate any potential prejudice that Defendant would incur by the mistake I made yesterday.

  In addition, I note that I am not seeking to recover fees for the work done today to correct the filings.

              **Kasell Law Firm**

            By: */s/ David M. Kasell*
               David M. Kasell
          *Attorney for Plaintiff Gina R. Gagliardi*