C&B CURCIO & BANNON, PLLC

Craig P. Curcio
Ryan Bannon*

Robert T. Dore
Louis K. Szarka
Eric M. Valentin
Chandel M. Rispin
Patryk Zalewski
Nicholas J. Skrobola

384 Crystal Run Road, Suite 202
Middletown, NY 10941

Telephone: (845) 692-7000
Fax: (845) 692-7500
www.cpcurciolaw.com

*Admitted in NY & NJ

September 1, 2026

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: Gagliardi v. Port Jeff Chrysler Jeep, Inc.
Index #: 2:26-cv-02961-KAM-ARL
Our file #: 400-351

Dear Judge Lindsay:

I represent the defendant, Port Jeff Chrysler Jeep, Inc., in the above-referenced matter. Today, this Court granted Port Jeff Chrysler's motion to set aside the default and directed the Clerk of Court to vacate the entry of default. My office filed Port Jeff Chrysler's Answer today, and we intend to defend this matter on the merits.

Earlier today, I spoke with plaintiff's counsel, and we believe the parties could benefit from a settlement conference before Your Honor. The parties have been in settlement negotiations, and I believe this matter could be settled before the parties incur further costs.

Therefore, we respectfully request an in-person settlement conference before Your Honor. Thank you very much for your attention herein. If you have any questions, please call.

Very truly yours,

Ryan Bannon, Esq.

cc: Kasell Law Firm (via Pacer)